United States District Court
Southern District of Texas
**ENTERED**
February 03, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| CARLOS PRINCE et al., <br>     Plaintiffs, <br><br> v. <br><br> TRANSPORTES ZUAZUA, LLC, <br>     Defendant. | § § § § § § §    CIV. NO. 5:15-cv-216 |

## ORDER OF DISMISSAL

On January 19, 2016, the Court ordered the parties to explain why this case should not be dismissed by February 2, 2016. The Court informed the parties that if neither responded, this case would be dismissed. Neither party responded. Accordingly, this case is DISMISSED without prejudice. Plaintiffs' Motion to Dismiss (Dkt. 11) is DENIED as moot.

DONE at Laredo, this 3rd day of February, 2016.

_____
George P. Kazen
Senior United States District Judge